**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00599-CV

### ROLAND VON KURNATOWSKI III, ET AL., Appellants

### V.

### CITY OF COMMERCE, TEXAS, ET AL., Appellees

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 76,781**

## ORDER

The Court has before it appellees' February 20, 2013 unopposed motion to abate appeal pending official approval of agreed final judgment. The Court **GRANTS** the motion and **ORDERS** that this appeal be abated for ninety days. The Court **ORDERS** the parties to advise the Court of the status of this case every thirty days.

/s/     ELIZABETH LANG-MIERS
        JUSTICE